IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RONALD EUGENE HALE, SR.,**
    Plaintiff,

vs.                    CASE NO.: 3:09mc105/MCR/MD

**TEXTRON FINANCIAL CORPORATION,**
    Defendant.
_____ /

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 22, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED for lack of subject matter jurisdiction.

3. The purported judgment filed by plaintiff is not a lawful judgment of or recognized by this court and is null and void and without legal force or effect as a judgment registered in this court.

DONE AND ORDERED this 26th day of January, 2010.

          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**